# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kimberly Rhoads, | Case No. 5:10-cv-6266-PBT |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Vengroff, Williams & Associates, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:      /s/ Thomas M. Nicely
    Thomas M. Nicely
    233 S. Wacker Drive, Suite 5150
    Chicago, IL 60606
    Telephone: 866.339.1156
    Fax: 312.822.1064
    Email: tmn@legalhelpers.com

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 3, 2011, my firm served Defendant with this notice by depositing a copy of the same in the U.S. mail addressed as follows:

Vengroff, Williams & Associates, Inc.
c/o Apple & Apple, PC, Registered Agent
4650 Baum Blvd.
Pittsburgh, PA 15213

                      /s/ Thomas M. Nicely